IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELEANOR SPICER,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, and<br>WILLIAM H. KONIGSBERG<br>    Defendant. | Civil Action No. 3:06 CV1685 (SRU)<br><br>August 6, 2007 |

## STIPULATED DISMISSAL

The parties to this action, having resolved their differences, hereby stipulate and agree to the following terms of dismissal of this action in its entirety, subject to the approval of the Court, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure:

1. All pending claims in this action shall be and hereby are dismissed with prejudice.

2. Each party shall bear its own attorney's fees and expenses, and no costs are awarded.

1

STIPULATED AND AGREED TO:

_____
Frank W. Murphy (ct 0531)
Tierney, Zullo, Flaherty & Murphy, P.C.
134 East Avenue
Norwalk, CT 06851
Phone: (203) 853-7000
Fax: (203) 838-4829
attymurphy1@sbcglobal.net

Attorneys for Plaintiff

Dated:       August 6, 2007

_____
Jonathan M. Freiman (ct24248)
WIGGIN AND DANA LLP
P.O. Box 1832
New Haven CT 06508-1832
Phone: (203) 498-4400
Fax: (203) 782-2889
jfreiman@wiggin.com

Attorneys for Defendants

Dated: 8/16/07

**SO ORDERED**, at Bridgeport, CT, this _____ day of August, 2007.

_____
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| Plaintiff Eleanor Spicer | ) | Case No. 3:06 CV 1685 (SRU) |
| v. | ) | |
| | ) | |
| Defendants Yale University, | ) | |
| and William H. Konigsberg | ) | |

I hereby certify that on August 16, 2007, a copy of foregoing Stipulated Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jonathan M. Freiman
Jonathan M. Freiman (ct24248)
jfreiman@wiggin.com
Iris Gafni-Kane (ct27024)
igafni-kane@wiggin.com
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508
(203) 498-4400
(203) 782-2889 (fax)